- 1 -

| | |
|---|---|
| Your Name: | Rose, Laura A |
| Address: | 2891 Purple Sage Ln Palmdale CA 93550 |
| Phone Number: | 8052076893 |
| Fax Number: | |
| E-mail Address: | larsly3@gmail.com |

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Rose, Laura A

Plaintiff,

vs.

Facebook Inc

Defendant.

Case Number CV23-04128-PHK [leave blank]

AMENDED COMPLAINT

DEMAND FOR JURY TRIAL
Yes ☒ No ☐

# PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

| | |
|---|---|
| Name: | Rose, Laura A |
| Address: | 2891 Purple Sage Ln Palmdale CA 93550 |
| Telephone: | 8052076893 |

COMPLAINT PAGE 1 OF 8 [JDC TEMPLATE – Rev. 05/2017]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Facebook Inc

Address: 1601 WILLOW LN MENLO PARK CA 94025

Telephone:

Defendant 2:

Name:

Address:

Telephone:

Defendant 3:

Name:

Address:

Telephone:

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] 28 USC 1331, 18 USC 2701, 18 USC 2710 .

[ ] under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 8  [JDC TEMPLATE – Rev. 05/2017]

# VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

   [X] a substantial part of the events I am suing about happened in this district.

   [ ] a substantial part of the property I am suing about is located in this district.

   [ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

   [X] at least one defendant is located in this District and any other defendants are located in California.

# INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in __San Mateo__ County, it should be assigned to the __1__ Division of this Court.

# STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

Plantiff has been a Facebook user since 2017. In this time, they have gone from a social media website, to a data broker. Facebook violated consumer fraud laws, and privacy laws by sharing users private Facebook information with third parties without users consent or knowledge. Facebook failed to purposefully protect user information from unauthorized access, and sold access to third parties without users knowledge

COMPLAINT
PAGE 3 OF 8    *[JDC TEMPLATE – Rev. 05/2017]*

1 | or consent.
2 |
3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 | //
27 | //
28 |

COMPLAINT
PAGE 4 OF 8 *[JDC TEMPLATE – Rev. 05/2017]*

## CLAIMS

### First Claim

(*Name the law or right violated*: Stored Communications Act 18 USC 2701 )

(*Name the defendants who violated it*: Facebook Inc )

[*Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

____. SCR allows a private right of action against anyone who "intentionally accesses without authorisation a facility through which an electronic communication service is provided; or (2) intentionally exceeds an authorization to access that facility; and thereby obtains, alters, or prevents authorized access to a wire or electronic storage in such system."

____. Plantiff did not authorize Facebook to share their content and information with third party apps, or with Facebooks Business Partners such as device makers in violation of users personal privacy settings.

//

COMPLAINT
PAGE 5 OF 8 *[JDC TEMPLATE – 05/17]*

- 6 -

**Second Claim**

(*Name the law or right violated*): Deceit by Concealment or Omission Cal Civ Code 1709, 1710

(*Name the defendants who violated it*): Facebook Inc

____. Under CA law, a plantiff may assert a claim for deceit by Concealment based on "the suppression of a fact, by one who is bound to disclose it, or who gives information of other facts which are likely to mislead, for want of communication of that fact.." Cal Civ Code 1710(3).  Facebook did not disclose known risks that third parties apps and developer

____. would sell or disclose user content and information. Facebook did not disclose the fact that they granted access to developers, whitelisted apps, mobile carriers, etc regardless of the user's privacy settings. Facebook did not disclose how their private inform was being used to create dossiers and digital profiles of each user, for the purpose of

____. individual targeting of psychographic advertising.

COMPLAINT
PAGE 6 OF 8   [JDC TEMPLATE – 05/17]

- 8 -

*[Copy this page and insert it where you need additional space.]*

____. **Third Claim- Invasion of Privacy: Public Disclosure of Private Facts**

Plantiff shared private information and content, including family photos, likes, private messa, political views, location information, religious views, and personal videos with a non public audience. Plantiff reasonably believed, due to their privacy settings, that this information would not be disclosed publicly. FB intentionally violated this interest by publishing users information and content to unauthorized parties.

____. **Fourth Claim- Invasion of Privacy: Intrusion into Private Affairs**

Plantiff shared private information and content, including family photos, likes, private messa political views, location information, religious views, and personal videos with a non public audience. Plantiff reasonably believed, due to their privacy settings, that this information would not be disclosed publicly. FB intentionally accessed and obtained users content and info for improper purposes, including to create a "personality traits file" in order to target ____. user with highly offensive advertising, constituting an egregious breach of social norms, that would be considered unacceptable to a reasonable person, evidenced by the global governmental investigations into the practice. FB misled user with the false belief they controlled their data through their privacy settings. User did not consent to this Intrusion by FB.

____. **Fifth Claim- Negligence and Gross Negligence**

FB had a duty to protect users private information and data. User was misled into trusting that FB would not allow users private content and info to be accessed, bought and sold. FB intentionally violated their Privacy Policy by allowing the third party access.

____. **Sixth Claim-Violations of Article 1, Section 1 of the CA Constition**

Cal Con. a. 1 sec. 1 says "... and obtaining safety, happiness and privacy." FB intentionally violated users expectation and right to privacy.

COMPLAINT

PAGE 7 OF 8   *[JDC TEMPLATE – 05/17]*

## DEMAND FOR RELIEF

[*State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.*]

____. Immediately cease all collection and delete all data acquired of plantiff.

Enter judgement against defendant's asserted causes of action, award plantiff appropriate relief, including actual and statutory damages, restitution, disgorgement, and punitive damages. Award equitable injuctive and declatory relief as appropriate. Award all costs, grant additional and equitable relief as the court finds just and proper, including post and prejudgement according to the law.

## DEMAND FOR JURY TRIAL

[*Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.*]

[X] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 10/11/23    Sign Name: [signature]

Print Name: Laura Rose

COMPLAINT
PAGE 8 OF 8   *IJDC TEMPLATE – 05/17]*